The People of the State of New York, Respondent, 
against
Carrien Bailey, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (John H. Wilson, J.), rendered April 11, 2013, after a nonjury trial, convicting her of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (John H. Wilson, J.), rendered April 11, 2013, affirmed.
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that at 10:33 p.m., in front of a specified street address, defendant used loud and obscene language, "repeatedly pushed towards" a police car during the arrest of a separately apprehended individual, "continued to push" towards the police vehicle after being instructed by police to "step back numerous times," and that "a crowd began to form," were sufficient for pleading purposes to make out a prima facie case of disorderly conduct (see Penal Law 240.20[1]; People v Weaver, 16 NY3d 123, 128 [2011]).
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The trial court, as factfinder, was warranted in concluding that defendant's conduct, to wit, using loud, abusive and obscene language at the officers, who were trying to make an arrest and disperse the watching crowd, charging the officers and the police van after yelling "you're not arresting my son," shaking off a person who had been holding defendant back, refusing to comply with several police orders to move, and flailing her arms to prevent being handcuffed - conduct that caused a crowd of some fifty people to gather on a public street in front of public housing building and required the intervention of some ten officers - recklessly created a risk of a "potential or immediate public problem" (People v Weaver, 16 NY3d at 128, quoting People v Munafo, 50 NY2d 326, 331 [1980]; see People v Baker, 20 NY3d 354, 359-360 [2013]; People v Lee, 55 Misc 3d 138[A], 2017 NY Slip Op 50521[U][App Term, 1st Dept 2017], lv denied 29 NY3d 1092 [2017]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 20, 2017